UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**WILL J BELTON**                                                    **CASE NO. 2:25-CV-00993**

**VERSUS**                                                                **JUDGE JAMES D. CAIN, JR.**

**PEPPERMILL LIMITED PARTNERSHIP 1**     **MAGISTRATE JUDGE LEBLANC**
**ET AL**

## MEMORANDUM RULING

Pro se creditor Will J. Belton filed a Notice of Appeal and Motion to Withdraw Reference on June 24, 2025, relating to an order issued on June 11, 2025, by the United States Bankruptcy Court for the Western District of Louisiana in Chapter 11 bankruptcy cases concerning Peppermill Limited Partnership and Pecan Acres Limited Partnership I, d/b/a La Maison Apartments, Case Nos. 25-30282 and 25-20112. Doc. 1. On that date he was advised by the Clerk of the Bankruptcy Court that he must pay filing fees of $199.00 for the Motion for Withdrawal of Reference and $298.00 for the Notice of Appeal. Doc. 1, att. 3. On July 10, 2025, the bankruptcy court transmitted the matter to this court "for further action as it considers appropriate" due to Mr. Belton's failure to pay the appropriate fee or request a waiver. Doc. 2. Since that time the court has received no communication from Mr. Belton.

Federal Rule of Bankruptcy Procedure 8003(a)(2) provides that "[a]n appellant's failure to take any step other than the timely filing of a notice of appeal does not affect the validity of the appeal, but is ground only for the district court . . . to act as it considers

appropriate, including dismissing the appeal." The Fifth Circuit has also recognized "that district courts have discretion to dismiss bankruptcy appeals when appellants fail to comply with procedural rules or diligently prosecute the appeal." *In re Found. of Hope, Inc.*, 2021 WL 3832813, at *1 (S.D. Tex. Apr. 5, 2021) (citing *In re Braniff Airways, Inc.*, 774 F.2d 1303, 1305, 1305 n.6 (5th Cir. 1985) and *Pyramid Mobile Homes, Inc. v. Speake*, 531 F.2d 743, 746 (5th Cir. 1976) (per curiam)). Mr. Belton has taken no steps to pay the appropriate filing fees or request a waiver. His appeal will therefore be dismissed for want of prosecution.

      **THUS DONE AND SIGNED** in Chambers on the 23rd day of July, 2025.

_____<br>
**JAMES D. CAIN, JR.**<br>
**UNITED STATES DISTRICT JUDGE**