UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**WILL J BELTON**  **CASE NO.  2:25-CV-00993**

**VERSUS**  **JUDGE JAMES D. CAIN, JR.**

**PEPPERMILL LIMITED PARTNERSHIP 1  MAGISTRATE JUDGE LEBLANC
ET AL**

## MEMORANDUM ORDER

Pro se creditor Will J. Belton filed a Notice of Appeal and Motion to Withdraw Reference on June 24, 2025, relating to an order issued on June 11, 2025, by the United States Bankruptcy Court for the Western District of Louisiana in Chapter 11 bankruptcy cases concerning Peppermill Limited Partnership and Pecan Acres Limited Partnership I, d/b/a La Maison Apartments, Case Nos. 25-30282 and 25-20112. Doc. 1. On that date he was advised by the Clerk of the Bankruptcy Court that he must pay filing fees of $199.00 for the Motion for Withdrawal of Reference and $298.00 for the Notice of Appeal. Doc. 1, att. 3. On July 10, 2025, the bankruptcy court transmitted the matter to this court "for further action as it considers appropriate" due to Mr. Belton's failure to pay the appropriate fee or request a waiver. Doc. 2. On July 23, 2025, the court ordered that the appeal be dismissed without prejudice due to Mr. Belton's failure to pay the fee or request a waiver. Docs. 4, 5.

On August 11, 2025, Mr. Belton filed another Notice of Appeal from rulings in the same bankruptcy proceedings and requested that these be docketed in the instant case. Doc.

6. The clerk's office informs the court that Mr. Belton has still failed to pay the appropriate fee or request a waiver. Federal Rule of Bankruptcy Procedure 8003(a)(2) provides that "[a]n appellant's failure to take any step other than the timely filing of a notice of appeal does not affect the validity of the appeal, but is ground only for the district court . . . to act as it considers appropriate, including dismissing the appeal." The Fifth Circuit has also recognized "that district courts have discretion to dismiss bankruptcy appeals when appellants fail to comply with procedural rules or diligently prosecute the appeal." *In re Found. of Hope, Inc.*, 2021 WL 3832813, at *1 (S.D. Tex. Apr. 5, 2021) (citing *In re Braniff Airways, Inc.*, 774 F.2d 1303, 1305, 1305 n.6 (5th Cir. 1985) and *Pyramid Mobile Homes, Inc. v. Speake*, 531 F.2d 743, 746 (5th Cir. 1976) (per curiam)). Mr. Belton has still failed to cure the defects with his original notice of appeal or comply with the court's procedural rules in filing his second notice of appeal. Accordingly, **IT IS ORDERED** that the second Notice of Appeal [doc. 6] be **STRICKEN** and that this matter remain **DISMISSED WITHOUT PREJUDICE**. Additionally, Mr. Belton is warned that he may face sanctions from this court if he continues to file defective notices of appeal.

      **THUS DONE AND SIGNED** in Chambers on the 28th day of August, 2025.

                      **JAMES D. CAIN, JR.**
                  **UNITED STATES DISTRICT JUDGE**